IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alleyne H. Long,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Bank of America, N.A.,<br>ReconTrust Company, N.A.,<br><br>　　　　Defendants. | 2:12-cv-0542-GEB-CKD<br><br><u>ORDER STRIKING PLAINTIFF'S</u><br><u>FIRST AMENDED COMPLAINT</u> |

　　　　Plaintiff filed a First Amended Complaint on April 2, 2012. (ECF No. 6.) This amendment is stricken since it was not filed in compliance with Federal Rule of Civil Procedure 15(a).

Dated:  April 3, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge