IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Alleyne H. Long, ) | |
| ) | 2:12-cv-0542-GEB-CKD |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER STRIKING PLAINTIFF'S |
| ) | FIRST AMENDED COMPLAINT |
| Bank of America, N.A., ) | |
| ReconTrust Company, N.A., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Plaintiff filed a First Amended Complaint on April 2, 2012. (ECF No. 6.) This amendment is stricken since it was not filed in compliance with Federal Rule of Civil Procedure 15(a).

Dated: April 3, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

1