September J. Katje, Esq. (SBN 227896)
**CONSUMER LITIGATION LAW CENTER, APC**
100 N. Barranca, Suite 700
West Covina, CA 91791
Telephone: (800) 787-5616
Fax: (888) 909-7647
sk@consumerlitigationlawcenter.com

Attorney for Plaintiff,
Alleyne H. Long.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| ALLEYNE H. LONG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., a National Association, successor in interest to COUNTRYWIDE BANK, a California Corporation; RECONTRUST COMPANY, N.A., a wholly-owned subsidiary of BANK OF AMERICA, N.A.; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to Plaintiff's title thereto, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-00542-GEB-CKD<br><br>**STIPULATION TO EXTEND TIME TO FILE PLAINTIFF'S FIRST AMENDED COMPLAINT OF RIGHT IN RESPONSE TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**Fed. Rule Civ. Proc. Sec. 15(a)(2)** |

Pursuant to Federal Rule of Civil Procedure Sec.15(a)(2), Defendants BANK OF AMERICA, N.A. ("BANA")[1] and ReconTrust Company, N.A. ("ReconTrust") (collectively "Defendants") and Plaintiff ALLEYNE H. LONG ("Plaintiff"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff served her Complaint for damages ("Complaint") on January 26, 2012;

WHEREAS, Defendants filed their Notice of Removal to this Court on February 29, 2012;

WHEREAS, Defendants filed their Motion to Dismiss Plaintiff's Complaint on March 7, 2012;

WHEREAS, Plaintiff filed her First Amended Complaint in response to Defendants' Motion to Dismiss on April 2, 2012, which was untimely under Federal Rule of Civil Procedure Sec.15(a)(1)(B);

WHEREAS, on August 3, 2012, Judge Garland Burrell issued an Order

---

[1] Plaintiff lists "Bank of America, N.A., a National Association, successor in interest to Countrywide Bank, a California Corporation" as a Defendant; however, Bank of America, N.A. is not a successor in interest to "Countrywide Bank" and "Countrywide Bank" is not a juridical entity. However, as the original lender on the loans at issue was Countrywide Bank, N.A., Defendants assume Plaintiff intended to name Countrywide Bank, N.A. Effective March 12, 2007, Countrywide Bank, N.A. converted to a federal savings bank under the title of Countrywide Bank, FSB. Effective April 27, 2009, Countrywide Bank, FSB converted to a national bank under the title of Countrywide Bank, N.A. and immediately thereafter, merged with and into Bank of America, N.A. Accordingly, Bank of America, N.A. responds as successor by merger to Countrywide Bank, N.A.

**Stipulation For Extension of Time to File First Amended Complaint**

striking Plaintiff's First Amended Complaint because it did not comply with Federal Rule of Civil Procedure Sec. 15(a)(1)(B);

WHEREAS, a hearing is currently scheduled for April 16, 2012 at 9:00 AM on Defendants' Motion to Dismiss.

WHEREAS, Plaintiff has requested and Defendants have consented to extend the time for filing Plaintiff's First Amended Complaint as permitted by Federal Rule of Civil Procedure Sec. 15(a)(2);

WHEREAS, Plaintiff will file her First Amended Complaint within 24 hours of the approval of this Stipulation by order of this court or waive her right to amend;

WHEREAS, upon filing Plaintiff's First Amended Complaint in accordance with this Stipulation, the hearing on Defendants' Motion to Dismiss previously set for April 16, 2012 will be vacated;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff shall file her First Amended Complaint in response to Defendants' Motion to Dismiss within 24 hours of approval of this Stipulation by order of this court.

Dated: April 9, 2012				CONSUMER LITIGATION LAW CENTER, APC


						By:*/s/ SEPTEMBER J. KATJE*			.
						    SEPTEMBER J. KATJE, ESQ.
						    Attorney for Plaintiff,
						    Alleyne H. Long


Dated: April 9, 2012				MCGUIREWOODS LLP


						By: */s/ PATRICIA L. VICTORY*			.
						    PATRICIA L. VICTORY
						    Attorneys for Defendant,
						    Bank of America, N.A., and ReconTrust Company, N.A.

[PROPOSED] ORDER

IT IS HEREBY ORDERED as follows:

1. The Plaintiff is hereby granted an extension of 24 hours from the date of this Order to file her First Amended Complaint in accordance with the stipulation herein.  If Plaintiff does not file her First Amended Complaint within 24 hours, she will waive her right to amend her Complaint by right.
2. The Defendants' responsive pleading will be due fourteen (14) days after Plaintiff files her First Amended Complaint in accordance with the Federal Rules of Civil Procedure.
3. The Plaintiff's First Amended Complaint will vacate the hearing set on Defendants' Motion to Dismiss previously set for April 16, 2012 at 9:00 AM, and will cause no prejudice to Defendants.

**IT IS SO ORDERED.**

**Date:  4/10/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge