IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALLEYNE H. LONG, an individual,     )
                                    )     2:12-cv-00542-GEB-CKD
                 Plaintiff,         )
                                    )
        v.                          )     ORDER
                                    )
BANK OF AMERICA, N.A., a            )
National Association, successor     )
in interest to COUNTRYWIDE BANK,    )
a California Corporation; and       )
RECONTRUST COMPANY, N.A., a         )
wholly-owned subsidary of BANK      )
OF AMERICA, N.A.;                   )
                                    )
                 Defendants.        )
_____ )

        Defendants' dismissal motion filed on March 7, 2012, (ECF No.

5), is denied since it concerns Plaintiff's Complaint, which is no

longer the operative pleading in this action. See Hal Roach Studios,

Inc., v. Richard Feiner & Co., Inc., 896 F.2d 1542, 1546 (9th Cir. 1989)

(stating "an amended pleading supersedes the original"); Jones v. TW &

Co., Inc., No. 1:11-CV-1242 AWI JLT, 2011 WL 4055721, at *2 (E.D. Cal.

Sept. 12, 2011) (denying a dismissal motion based on a non-operative

complaint).

Dated:  March 28, 2013

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    Senior United States District Judge

1