MCGUIREWOODS LLP
ALISON V. LIPPA – SBN #160807
alippa@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone: 310.315.8200
Facsimile: 310.315.8210

Attorneys for Defendants
BANK OF AMERICA, N.A., for itself and as successor by merger to COUNTRYWIDE BANK,
N.A., formerly known as Countrywide Bank, FSB, formerly known as Countrywide Bank, N.A.
(erroneously sued as "Bank of America, N.A., a National Association, successor in interest to
Countrywide Bank, a California Corporation"); and RECONTRUST COMPANY, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| ALLEYNE H. LONG, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA, N.A., a National Association, successor in interest to COUNTRYWIDE BANK, a California Corporation; RECONTRUST COMPANY, N.A., a wholly-owned subsidiary of BANK OF AMERICA, N.A.; and all persons or entities unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in this complaint adverse to Plaintiff's title thereto, and DOES 1 through 25, inclusive.<br><br>        Defendants. | Case No. 2:12-cv-00542-GEB-CKD<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DISCOVERY CUT-OFF TO AUGUST 30, 2013**<br><br><br>Judge:  The Hon. Garland E. Burrell, Jr.<br><br>Complaint filed: January 26, 2012 |

1

**<u>ORDER</u>**

2

Having reviewed the above stipulation of the parties, IT IS ORDERED that:

3

1.     The discovery completion date of May 30, 2013, as stated in the Status (Pretrial

4

Scheduling) Order, is continued to August 30, 2013.

5

6

Date:  <u>6/3/2013</u>

7

8

_____

GARLAND E. BURRELL, JR.

9

Senior United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER TO CONTINUE DISCOVERY CUT-OFF TO AUGUST 30, 2013